**Motion to Dismiss Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed February 6, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00917-CV

## IN RE PAYNE & KELLER COMPANY, BY AND THROUGH ITS DULY-APPOINTED RECEIVER, PETER D. PROTOPAPAS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-70875**

## MEMORANDUM OPINION

On December 5, 2023, relator Payne & Keller Company, by and through its duly-appointed Receiver, Peter D. Protopapas, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Ravi K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate an order signed December 1, 2023 setting motions for a hearing on the merits.

On January 26, 2024, relator filed a motion to dismiss the petition. We grant the motion and dismiss relator's petition.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.